## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| BUILDINGREPORTS.COM, INC., a Georgia corporation;<br><br>     Plaintiff.<br> v.<br>HONEYWELL INTERNATIONAL, INC., a Delaware corporation;<br><br>     Defendant. | **CASE NO. 1:17-cv-03140-SCJ**<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF'S NOTICE OF INTENT TO SERVE SUBPOENA

COMES NOW, Plaintiff BuildingReports.com, Inc. ("BRC"), in the above-styled action, by and through its attorneys of record and pursuant to Fed. R. Civ. P. 45(b)(1), and hereby provides notice of its intent to serve the attached Subpoena to Produce Documents, Information or Objects upon Fire Protection Service Corporation d/b/a CopperState Fire Protection.

A true and correct copy of the Subpoena is attached hereto as Exhibit 1.

Respectfully submitted this 12th day of December, 2017.

       HILL, KERTSCHER & WHARTON, LLP

       /s/ Douglas R. Kertscher
       STEVEN G. HILL
       Georgia State Bar No. 354658

DOUGLAS R. KERTSCHER
Georgia State Bar No. 416265
MARTHA L. DECKER
Georgia State Bar No. 420687
JENNIFER L. CALVERT
Georgia State Bar No. 587191
3350 Riverwood Parkway SE, Suite 800
Atlanta, GA 30339
Tel: (770) 953-0995
Facsimile: (770) 953-1358
E-mail:    sgh@hkw-law.com
            drk@hkw-law.com
            md@hkw-law.com
            jc@hkw-law.com

*Attorneys for Plaintiff BuildingReports.com, Inc.*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), undersigned counsel certifies that the

foregoing was prepared in Times New Roman, 14-point font, in compliance with

Local Rule 5.1(C).

/s/ Douglas R. Kertscher
DOUGLAS R. KERTSCHER
Georgia State Bar No. 416265

*Attorney for Plaintiff*

2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| BUILDINGREPORTS.COM, INC., a Georgia corporation;<br><br>            Plaintiff.<br>  v.<br>HONEYWELL INTERNATIONAL, INC., a Delaware corporation;<br><br>            Defendant. | **CASE NO. 1:17-cv-03140-SCJ**<br><br>**JURY TRIAL DEMANDED** |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2017, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF INTENT TO SERVE SUBPOENA** with the Clerk of Court using the CM/ECF system which automatically sends email notification of such filing to the attorneys of record.

Respectfully submitted this 12th day of December, 2017.

/s/ Douglas R. Kertscher
DOUGLAS R. KERTSCHER
Georgia State Bar No. 416265

*Attorney for Plaintiff*

3