# **EXHIBIT A**

**I.   DEFINITIONS**

1.   As used herein, the terms "you", "your" and "CopperState Fire Protection" means Fire Protection Service Corporation d/b/a CopperState Fire Protection including all of its various divisions, departments, subsidiaries, parents, affiliates, predecessors, present or former officers, directors, managing agents, employees, and all other persons acting on or purporting to act on its behalf.

2.   As used herein, "BRC" means the named plaintiff, BuildingReports.com, Inc., including all of its various divisions, departments, subsidiaries, affiliates, predecessors, present or former officers, directors, managing agents, employees, and all other persons acting on or purporting to act on its behalf.

3.   As used herein, "Honeywell" means the named defendant Honeywell International, Inc., including all of its various divisions, departments, subsidiaries, affiliates, predecessors, present or former officers, directors, managing agents, employees, and all other persons acting on or purporting to act on its behalf (including but not limited to: NOTIFIER, a manufacturer of engineer fire alarm systems; Honeywell Fire Safety; Honeywell Life Safety; Honeywell Security and Fire; Gamewell-FCI; and Silent Knight).

4.	As used herein, the "Terms and Conditions" refer to the Building Reports Terms and Conditions Agreement CopperState Fire Protection executed on or around January 21, 2011, a copy of which is attached hereto as "Exhibit B."

5.	As used herein, the "Relevant Period" is January 1, 2012 – January 1, 2016.

## II.	DOCUMENTS REQUESTED TO BE PRODUCED

**REQUEST NO. 1:**	All correspondence, including emails, between you and Honeywell relating to Honeywell's development and/or promotion of safety inspection report solutions (including but not limited to, "Software as a Service," acceptance testing services, inspection management software solutions, web-based inspection systems, and eVance Services) during the Relevant Period.

**REQUEST NO. 2:**	All correspondence, including emails, between you and Honeywell relating to Honeywell's advertisement of or efforts to sell its eVance Services to you during the Relevant Period.

**REQUEST NO. 3:**	All correspondence, including emails, (internally among your employees or externally with third parties) relating to the features and functions of Honeywell's eVance Services during the Relevant Period.

**REQUEST NO. 4:**	All correspondence, including emails, between you and Honeywell relating to BRC's online and mobile inspection software and tools during the Relevant Period.

**REQUEST NO. 5:** All documents and correspondence, including emails, comparing, contrasting, or otherwise discussing both Honeywell's eVance Services and the services or software provided by BRC during the Relevant Period.

**REQUEST NO. 6:** All documents and correspondence, including emails, with any third party, including but not limited to Honeywell, relating to, discussing, and/or conveying BRC's technical or non-technical data; formulas; patterns; compilations; programs; devices; methods; techniques; drawings; processes; financial data; financial plans; product plans; lists of actual or potential customers or suppliers; user manuals; copyrights; trademarks; service marks; patents; patent applications; inventions; information or theories that are protectable or registrable under any of the copyright, patent, trade secret, confidentiality or other similar laws; proprietary software; confidential business information; the input or output of the BuildingReports Program; or any other information or documents constituting Trade Secrets or Confidential Information as defined in the Terms and Conditions during the Relevant Period.