UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BUILDINGREPORTS.COM, INC., a Georgia corporation;<br><br>       Plaintiff.<br><br> v.<br>HONEYWELL INTERNATIONAL, INC., a Delaware corporation;<br><br>       Defendant. | **CASE NO. 1:17-cv-03140-SCJ**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF INTENT TO SERVE SUBPOENA

COMES NOW, Plaintiff BuildingReports.com, Inc. ("BRC"), in the above-styled action, by and through its attorneys of record and pursuant to Fed. R. Civ. P. 45(b)(1), and hereby provides notice of its intent to serve the attached Subpoena to Produce Documents, Information or Objects upon Performance Systems Integration, LLC.

A true and correct copy of the Subpoena is attached hereto as Exhibit 1.

Respectfully submitted this 12th day of December, 2017.

          HILL, KERTSCHER & WHARTON, LLP

          /s/ Douglas R. Kertscher
          STEVEN G. HILL
          Georgia State Bar No. 354658

1

>DOUGLAS R. KERTSCHER
>Georgia State Bar No. 416265
>MARTHA L. DECKER
>Georgia State Bar No. 420687
>JENNIFER L. CALVERT
>Georgia State Bar No. 587191
>3350 Riverwood Parkway SE, Suite 800
>Atlanta, GA 30339
>Tel: (770) 953-0995
>Facsimile: (770) 953-1358
>E-mail:   sgh@hkw-law.com
>          drk@hkw-law.com
>          md@hkw-law.com
>          jc@hkw-law.com
>
>*Attorneys for Plaintiff BuildingReports.com, Inc.*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), undersigned counsel certifies that the foregoing was prepared in Times New Roman, 14-point font, in compliance with Local Rule 5.1(C).

>/s/ Douglas R. Kertscher
>DOUGLAS R. KERTSCHER
>Georgia State Bar No. 416265
>
>*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BUILDINGREPORTS.COM, INC., a Georgia corporation;<br><br>Plaintiff.<br>v.<br>HONEYWELL INTERNATIONAL, INC., a Delaware corporation;<br><br>Defendant. | **CASE NO. 1:17-cv-03140-SCJ**<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2017, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF INTENT TO SERVE SUBPOENA** with the Clerk of Court using the CM/ECF system which automatically sends email notification of such filing to the attorneys of record.

Respectfully submitted this 12th day of December, 2017.

/s/ Douglas R. Kertscher
DOUGLAS R. KERTSCHER
Georgia State Bar No. 416265

*Attorney for Plaintiff*

3